**William S. Rosenberg, appellee, v. George Nemeth and Dora Nemeth, appellants.***
   Bill to foreclose mortgage.    Decree for complainant.    Appeal from
the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge,
presiding.    Heard in this court at the October term, 1923.    Reversed
and remanded with directions.    Opinion filed March 10, 1924.
   M. R. Sullivan, for appellants.    Jesse Simpson, for appellee.
   Mr. Justice Higbee delivered the opinion of the court.

---

**J. T. Joiner, appellee, v. Cave-In-Rock Fluor-Spar Company, appellant.***
   Action for professional services by surgeon.    Judgment for plaintiff.
Appeal from the Circuit Court of Hardin county; the Hon. J. C.
Eagleton, Judge, presiding.    Heard in this court at the October term,
1923.    Affirmed.    Opinion filed March 10, 1924.
   C. E. Soward, for appellant.    James E. Denton, for appellee.
   Mr. Justice Higbee delivered the opinion of the court.

---

**Raymond D. Burk, appellee, v. LeGrand A. Flack and E. E. Flack, appellants.***
   Action to recover money paid as laboratory fees and tuition.    Judg-
ment for plaintiff.    Appeal from the Circuit Court of Effingham
county; the Hon. F. R. Dove, Judge, presiding.    Heard in this court
at the October term, 1923.    Affirmed.    Opinion filed March 10, 1924.
   G. F. Taylor, for appellants.    Paul Taylor, for appellee.
   Mr. Justice Higbee delivered the opinion of the court.

---

**Knox Bank & Trust Company, appellant, v. Elmer L. Warner, appellee.***
   Assumpsit on note given for nonissued stock.    Judgment for de-
fendant.    Appeal from the Circuit Court of Lawrence county; the
Hon. Julius C. Kern, Judge, presiding.    Heard in this court at the
October term, 1923.    Affirmed.    Opinion filed March 10, 1924.
   Gee & Gee, for appellant.    Shaw & Huffman, for appellee.
   Mr. Justice Higbee delivered the opinion of the court.

---

**Madisonville Saw & Planing Mill Company, appellee, v. Midland Creosoting Company, appellant.***
   Action to recover profits lost by breach of sales contract.    Judg-
ment for plaintiff.    Appeal from the City Court of Granite City;
the Hon. M. R. Sullivan, Judge, presiding.    Heard in this court at the
October term, 1923.    Affirmed.    Opinion filed March 10, 1924.
   H. J. Bandy, for appellant.    A. R. Johnson, for appellee.
   Mr. Justice Higbee delivered the opinion of the court.

---

* Received from clerk of Appellate Court, August 8, 1927.